UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAUL CONTRERAS,

    Petitioner,                                       Civil No. 23-cv-10703
                                                    Hon. Matthew F. Leitman

v.

MICHAEL BOUCHARD,

    Respondent.

_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**; a Certificate of Appealability is **DENIED**; and leave to appeal *in forma pauperis* is **DENIED**.

                                                  KINIKIA ESSIX
                                                  CLERK OF COURT

                                  By:    s/Holly A. Ryan
                                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  November 16, 2023
Detroit, Michigan